**MONICA K. LINDSTROM**
**ATTORNEY AT LAW**
8300 N. Hayden Road, Suite A207
Scottsdale, AZ 85258
Telephone: 480-467-0380
Fax: 480-467-0383
mklindstromlaw@gmail.com
State Bar No. 019109
*Of Counsel Merlin Law Group, P.A.*
*Counsel for Plaintiffs*

**MERLIN LAW GROUP P.A.**
**William F. Merlin, Jr. (**Florida State Bar No. 364721)
**Jean F. Niven** (Florida State Bar No. 407607)
**Shane S. Smith** (Florida State Bar No. 0053130)
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Fax: (813) 229-3692
*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

HARVEY PROPERTY MANAGEMENT COMPANY, INC. a Maryland corporation; LYNWOOD LIMITED PARTNERSHIP T/A LYNWOOD APARTMENTS, an Arizona limited partnership; and VILLA DEL SOL LIMITED PARTNERSHIP T/A VILLA DEL SOL APARTMENTS, a Maryland limited partnership,

Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,

Defendant.

**CASE NO. 2:12-CV-01536-SLG**

**PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM TO NELSON FORENSICS**

In accordance with Fed. R. Civ. P. 45(b), Plaintiffs, HARVEY PROPERTY MANAGEMENT COMPANY, INC., LYNWOOD APARTMENTS, and VILLA DEL SOL APARTMENTS by and through their undersigned counsel, give notice that a subpoena commanding the production of documents, electronically stored information or tangible things has been issued to the following:

1. Records Custodian of Nelson Forensics, attached hereto as Exhibit "A."

Dated this 18th day of June, 2015.

**MERLIN LAW GROUP, P.A.**
By: */s/ Shane S. Smith*
William F. Merlin, Jr.
Jean F. Niven
Shane S. Smith
Merlin Law Group, P.A.
777 S. Harbour Island Blvd.
Suite 950
Tampa, FL 33602
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June, 2015, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Amy M. Samberg
Jamie L. Halavais
Snell & Wilmer, L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Attorneys for Defendant

*/s/ Shane S. Smith*