## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HARVEY PROPERTY MANAGEMENT COMPANY, INC., a Maryland corporation, et al.,<br><br>                              Plaintiffs,<br>        v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>                              Defendant. | Case No. 2:12-CV-01536-SLG |

### ORDER

Based on the parties' agreement, IT IS ORDERED that oral argument on all pending post-trial motions is set for **September 16, 2016 at 1:30 p.m.** before Judge Sharon Gleason at the United States District Courthouse in Portland, Oregon. The courtroom assignment is to be determined.

DATED this 15th day of August, 2016.

*/s/ Sharon L. Gleason*
United States District Judge