FILED

FEB 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HARVEY PROPERTY MANAGEMENT COMPANY INCORPORATED, a Maryland corporation; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, <br><br> Defendant-Appellee. | No.   16-17214 <br><br> D.C. No. 2:12-cv-01536-SLG District of Arizona, Phoenix <br><br><br> ORDER |
| HARVEY PROPERTY MANAGEMENT COMPANY INCORPORATED, a Maryland corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, <br><br> Defendant-Appellant. | No.   16-17234 <br><br> D.C. No. 2:12-cv-01536-SLG District of Arizona, Phoenix |

Pursuant to the stipulation of the parties (Docket Entry No. 10), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation